COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Cherye Altice v. Krystal Hernandez

Appellate case number:     01-22-00019-CV

Trial court case number:   474,669

Trial court:               Probate Court No. 1 of Harris County

On June 28, 2022, this Court notified appellant that her brief had not been filed and that this Court would dismiss the appeal unless, within 10 days, appellant filed a brief or a motion for extension of time. The next day, appellee filed an objection to any further motion for extension of time to file a brief. Shortly thereafter, appellant filed a motion for extension of time, requesting an additional 30 days to file a brief. Because this Court inadvertently granted appellant's motion for extension, we withdraw this Court's June 29, 2022 notice, granting appellant's motion for extension of time. We grant appellant's motion for extension of time in part and order the following:

Appellant's brief is **ORDERED** to be filed no later than July 15, 2022. *See* TEX. R. APP. P. 38.6(d), 38.8(a)(2). **No further extensions will be granted**. If appellant fails to timely comply, the Court may dismiss this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 42.3(b), (c).

Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

On June 29, 2022, appellee filed a motion to dismiss because appellant had not filed a brief. In light of this order, appellee's motion is dismissed as moot.

It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
                    ☒ Acting individually    ☐ Acting for the Court
Date: ___July 1, 2022___